vided for the construction of a store and loft building according to certain plans and specifications for which the contracting defendant agreed to pay plaintiff the cost, plus seven and one-half per cent. It was asserted by plaintiff that there was an upset price agreed upon of $136,750. The contracting defendant asserted that the upset price was $106,750. It is about this difference in the amount of the upset price agreed upon that the controversy arose.

*I. Maurice Wormser* and *Abraham J. Halprin* for appellants.

*John J. Cunneen* and *Joseph A. Byrne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

A. STANLEY COPELAND, Appellant, *v.* FLORENCE E. KNAPP, Secretary of State, Respondent.

*Appeal — order of Special Term denying motion for order of mandamus to Secretary of State or Governor — appeal direct to Court of Appeals dismissed.*

*Copeland* v. *Knapp*, Rensselaer Co. Special Term, Jan. 11, 1928, appeal dismissed.

(Argued March 29, 1928; decided April 13, 1928.)

APPEAL, on alleged constitutional questions, from an order of a Special Term of the Supreme Court in and for the county of Rensselaer, entered in the office of the clerk of the county of Albany January 11, 1928, which denied for lack of jurisdiction a motion for an order of mandamus requiring the Secretary of State or the Governor to notify the Federal government that the act of the Legislature of this State ratifying the prohibition amendment to the Federal Constitution was invalid.

*A. Stanley Copeland*, appellant, in person.

*Albert Ottinger, Attorney-General (C. F. Dawes* and *John T. Smith* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ANTHONY A. PISCOPO, Respondent.

*Appeal — crimes — reversal of judgment of conviction of murder in second degree and grant of new trial — appeal without permission to Court of Appeals dismissed.*

People v. Piscopo, 222 App. Div. 70, appeal dismissed.

(Argued March 29, 1928; decided April 13, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered December 16, 1927, which reversed a judgment of the Richmond County Court rendered upon a verdict convicting the defendant of the crime of murder in the second degree and granted a new trial.

*Albert C. Fach, District Attorney (Lester L. Callan* of counsel), for appellant.

*Alfred V. Norton* for respondent.

Appeal dismissed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

MINNIE V. PITTS, Appellant, *v.* WILLIAM H. PITTS, Respondent, Impleaded with Others.

*Trust — real property — action to establish trust in real property — insufficiency of evidence to sustain finding.*

Pitts v. Pitts, 220 App. Div. 774, affirmed.

(Argued March 29, 1928; decided April 13, 1928.)

APPEAL from a judgment, entered June 24, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought to secure an